UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE, COMPANY and RUSH FITNESS CORP., d/b/a THE RUSH FITNESS COMPLEX, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:18-CV-38-TRM-DCP |
| CHERYN LARK LACEY, | ) ) | |
| Defendant. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Joint Motion to Amend Complaint [Doc. 36]. For grounds, the parties explain that during the Rule 16 conference on March 13, 2018, the parties and the Court were in agreement that the Complaint should be amended. In addition, the parties request that Defendant's time to respond to Plaintiffs' amended pleadings commence upon the filing of such pleadings and that no response to Plaintiffs' current pleadings be required.

The Court observes that the Joint Motion does not comply with the Local Rules of this Court. Specifically, pursuant to Local Rule 15.1, "A party who moves to amend a pleading shall attach a copy of the proposed amended pleading to the motion." However, given that the parties are in agreement that the Complaint should be amended, the Court hereby **GRANTS** the Joint Motion to Amend Complaint [**Doc. 36**]. Plaintiffs **SHALL** file an amended Complaint on or before **April 2, 2018.** The Court further finds that Defendant is not required to file a response to

the original Complaint [Doc. 1] and that Defendant's time to respond to the pleadings shall commence upon the filing of the amended Complaint. *See* Fed. R. Civ. P. 15(a)(3).

    **IT IS SO ORDERED**.

                                              ENTER:

                                              _____
                                              Debra C. Poplin
                                              United States Magistrate Judge